RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Angel Alexis Felix-Felix

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANGEL ALEXIS FELIX-FELIX,<br><br>    Defendant. | Case No. 2:14-cr-00330-GMN-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Brianna Chapa, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Angel Alexis Felix-Felix, that the Revocation Hearing currently scheduled on September 9, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The parties need additional time to prepare for the revocation hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

1. This is the first request for a continuance of the revocation hearing.

2. DATED this 8th day of September, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
| By /s/ Keisha K. Matthews<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | By /s/ Brianna Chapa<br>BRIANNA CHAPA<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANGEL ALEXIS FELIX-FELIX,<br><br>　　　　Defendant. | Case No. 2:14-cr-00330-GMN-CWH<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 9, 2025 at 10:00 a.m., be vacated and continued to  December 9, 2025  at the hour of 10:00 a.m.

　　　DATED this  8  day of September, 2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE