RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Angel Alexis Felix-Felix

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGEL ALEXIS FELIX-FELIX,<br><br>Defendant. | Case No. 2:14-cr-00330-GMN-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and James Gaeta, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Angel Alexis Felix-Felix, that the Revocation Hearing currently scheduled on December 9, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than seventy (70) days.

This Stipulation is entered into for the following reasons:

1.     The parties need additional time to prepare for the revocation hearing.

2.     The defendant is in custody and agrees with the need for the continuance.

3.     The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 8th day of December, 2025.

RENE L. VALLADARES
Federal Public Defender

SIGAL CHATTAH
Acting United States Attorney

By /s/ Keisha K. Matthews
KEISHA K. MATTHEWS
Assistant Federal Public Defender

By /s/ James Gaeta
JAMES GAETA
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00330-GMN-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| ANGEL ALEXIS FELIX-FELIX, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for December 9, 2025 at 10:00 a.m., be vacated and continued to  March 2, 2026  at the hour of 9:00 a.m.

DATED this  8  day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE

3